499 Pa. 337 (1982)
453 A.2d 336
G. William JACOBS and Lillian E. Jacobs, Appellants,
v.
NETHER PROVIDENCE TOWNSHIP.
Supreme Court of Pennsylvania.
Argued December 6, 1982.
Decided December 29, 1982.
Leonard J. Tripodi, Media, for appellant.
John W. Wellman, Media, for appellee.
Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

*338 ORDER
PER CURIAM:
Appeal dismissed as having been improvidently granted. 55 Pa.Cmwlth. 142, 423 A.2d 442 (1980).